AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

United States of America  
v.  
JASON DONOVAN SPARKS  

Case No: 2:05-CR-211-KJD-GWF & 2:06-CR-306-KJD-GWF  
USM No: 40297-048  

Date of Original Judgment: 03/26/2007  
Date of Previous Amended Judgment:  
*(Use Date of Last Amended Judgment if Any)*  

Nisha Brooks-Whittington  
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [x] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of Two concurrent terms of 151 months **is reduced to** Two concurrent terms of 121 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: February 5, 2015

*Judge's signature*

Effective Date: _____  
*(if different from order date)*

KENT J. DAWSON, UNITED STATES DISTRICT JUDGE  
*Printed name and title*